UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80321-CV-MIDDLEBRROKS/BRANNON

**LYNDA MACEDA,** on behalf of herself
and all others similarly situated,

      Plaintiff,

**JEFF GREENE,**

      Defendant.

**PLAINTIFF'S MOTION FOR EXTENSION OF TRIAL DATE**

    **NOW COMES** Plaintiff Lynda Maceda ("Plaintiff"), by and through her attorneys, and respectfully moves this Court to modify the trial date in this case to on or after February 24, 2020, and states as follows:

    1.    On March 7, 2019, Plaintiff filed a Complaint with this Court against Defendant Jeff Greene.  Doc. No.1.

    2.    Plaintiff's process server has informed Plaintiff that Plaintiff's process server has attempted to serve Mr. Greene at his residence at 1200 S. Ocean Boulevard, Palm Beach, Florida 33480 four times, but has been unable to do so.

    3.    Plaintiff's process server has informed Plaintiff that on the last attempt, the process sever was told by someone who works for the Defendant, but who does not reside at Defendant's residence that the Defendant was not present, and that in any event, unless the process server has an appointment with the Defendant, the process server would never find him there and would not be permitted to enter the property.

    2.    Plaintiff's counsel has been contacted by an attorney who represents Mr. Greene's

1

former campaign for governor of Florida, and was told that the attorney would provide Plaintiff's counsel with the name of Defendant's attorneys so that Plaintiff's counsel could discuss arranging service of the Complaint with them.  However, despite Plaintiff's counsel's repeated requests for those names, the attorney who represents Mr. Greene's former campaign has not yet provided them to Plaintiff's counsel.

3. Plaintiff has 90 days from the date she filed the Complaint, March 7, 2019, to serve Mr. Greene, which is June 5, 2019, 34 days from the date of this motion.

4. In this Court's April 22, 2019 Order, this Court set the trial date as on or after January 21, 2020.

5. Given Plaintiff's good-faith attempts to serve Defendant, and the fact that Plaintiff has an additional 34 days in which to try to serve Defendant, Plaintiff respectfully request that this Court modify the trial date by extending it by 34 days to on or after February 24, 2020.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

A. Modify the trial date to on or after February 24, 2020; and

B. Grant such further relief as this Court deems necessary and just.

Dated: Ft. Lauderdale, Florida
May 2, 2019

Aytan Y. Bellin, Esq. (*pro hac vice*)
**BELLIN & ASSOCIATES LLC**
50 Main Street, Suite 1000
White Plains, NY  10606
Phone: (914) 358-5345
Fax: (212) 571-0284
Aytan.Bellin@bellinlaw.com

_____
Yechezkel Rodal, Esq.
**RODAL LAW**

5300 N.W. 33rd Ave., Ste. 219
Ft. Lauderdale, Florida 33309
Phone: (954) 367- 5308
Fax: (954) 900- 1208

*Attorneys for the Plaintiff and the proposed Class*